# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

LEMAR GANT,

                Plaintiff,

vs.

BRIAN WILLIAMS, *et al.*,

                Defendants.

2:16-cv-00011-JAD-VCF
**ORDER**

Before the Court is Plaintiff's Motion to Properly Identify Defendants Not Served, and Request to Have Court Order Marshal to Serve Defendant Under Seal (ECF No. 17).  Plaintiff is seeking to serve Defendants Johnson and Chipo.  Plaintiff states that Johnson is currently a caseworker at High Desert Prison. *Id.*

No opposition has been filed.  In the Answer, Defendants deny that "Johnson" is employed as a Caseworker III at ESP.  Defendants also deny that "Chipo" is employed by Nevada Department of Correction. (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Properly Identify Defendants Not Served, and Request to Have Court Order Marshal to Serve Defendant Under Seal (ECF No. 17) is scheduled for 10:00 AM, April 10, 2017, in Courtroom 3D.  Plaintiff may appear telephonically.  The Attorney General's Office must contact Jerry Ries at 702-464-5416 to arrange Plaintiff's telephonic appearance by April 3, 2017.

If the Attorney General's Office is able to locate Defendants Johnson and Chipo's last known address(es) and file them under seal, the hearing will be vacated.

DATED this 8th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE