ADAM PAUL LAXALT
  Attorney General
TIFFANY E. BREINIG (Bar No. 9984)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3125 (phone)
(702) 486-3773 (fax)
E-mail: tbreinig@ag.nv.gov

*Attorneys for Sean Bloomfield,
Tasheena Sandoval, Harold Byrne,
Paul Hunt, Douglas Thrasher,
Brian Williams, and Michael Pichardo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEMAR GANT, | Case No. 2:16-cv-00011-JAD-VCF |
| Plaintiff, | |
| vs. | **MOTION TO SEAL ECF NO. 36 AND ECF NO. 38 IN ACCORDANCE WITH COURT ORDER (ECF NO. 11)** |
| BRIAN WILLIAMS, et al., | |
| Defendants. | |

Defendants Sean Bloomfield, Tasheena Sandoval, Harold Byrne, Paul Hunt, Douglas Thrasher, Brian Williams, and Michael Pichardo, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Tiffany E. Breinig, Deputy Attorney General, hereby move to seal ECF No. 36 and ECF No. 38 in accordance with this Court's Order (ECF No. 11) on December 12, 2016. This motion is based on the following memorandum of points and authorities and all other papers and pleadings filed in this action.

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

This is a civil rights action initiated on July 20, 2016, by Plaintiff LeMar Gant, an inmate currently incarcerated with the Nevada Department of Corrections (NDOC) and housed at Southern Desert Correctional Center.

On December 12, 2016, this Court ordered the Office of the Attorney General to "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known address information under seal." ECF No. 11 at 2. The Court further ordered the Office of the Attorney General to file, under seal, but "not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom" it does not accept service. *Id.*

On December 29, 2016, Defendants filed the last known address of Defendant Eric Brcic, who is a former NDOC employee, under seal. ECF No. 13. Defendants also filed a Notice of Under Seal Submission of Last Known Address, informing Plaintiff that Defendant Brcic's last known address was filed under seal with the Court. ECF No. 14.

On April 12, 2017, Defendants filed the last known address of Defendant Darnell Johnson, who is a former NDOC employee, under seal. ECF No. 33. Defendants also filed a Notice of Under Seal Submission of Last Known Address, informing Plaintiff that Defendant Johnson's last known address was filed under seal with the Court. ECF No. 34.

On April 12, 2017, a summons was issued for Defendant Brcic. ECF No. 36.

On April 18, 2017, a summons was issued for Defendant Johnson. ECF No. 38.

Defendants now move to have ECF Nos. 36 and 38 sealed because they contain the last known addresses of former NDOC employees who have been named defendants in the above-titled action.

///

///

## II. LEGAL ARGUMENT

Courts have recognized a general right of the public to inspect and copy public records and documents, including judicial records and documents. *Kamakana v. City & Cnty. of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006). A party seeking to seal court records "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure. *Id.* (internal quotation marks omitted).

The summonses issued for Defendants Brcic and Johnson include the last known addresses of both these defendants, rather than indicating the same have been filed under seal with this Court. *See* ECF Nos. 36 and 38. This Court's Order specifically instructed last known addresses of defendants to be filed under seal and to "not serve the inmate Plaintiff" with such information. ECF No. 11 at 2. Therefore, Defendants now move to have these documents sealed in order to remove the Defendants' personal information from public record.

Further, since the issued summonses were filed in this case, it is presumed that a copy of the same was mailed to Plaintiff. To the extent that this Court has not yet mailed a copy of ECF Nos. 36 and 38 to Plaintiff, Defendants respectfully request this Court consider the privacy of the Defendants and the intent behind this Court's Order (ECF No. 11) to not provide Plaintiff access to such confidential information, and not mail either document to Plaintiff without first removing the last known address information.

## III. CONCLUSION

Despite being filed under seal, the last known addresses of Defendants Brcic and Johnson were publicly disclosed when the summonses were issued. Defendants

///
///
///
///
///

respectfully request this Court grant Defendant's Motion to Seal ECF No. 36 and ECF No. 38 in order to protect the confidentiality of Defendants Brcic and Johnson.

DATED this 20th day of April, 2017.

                                              ADAM PAUL LAXALT
                                              Attorney General

                                      By: /s/ Tiffany E. Breinig
                                              TIFFANY E. BREINIG (Bar No. 9984)
                                              Deputy Attorney General
                                              *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-20-2017

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 20, 2017, I electronically filed the foregoing **MOTION TO SEAL ECF NO. 36 AND ECF NO. 38 IN ACCORDANCE WITH COURT ORDER (ECF NO. 11)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

>LeMar Gant, #49097
>Southern Desert Correctional Center
>P.O. Box 208
>Indian Springs, Nevada 89070
>*Plaintiff, Pro Se*

>/s/ Carol A. Knight
>CAROL A. KNIGHT, an employee of the
>Office of the Nevada Attorney General