**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lemar Gant,<br><br>    Plaintiff<br><br>v.<br><br>Brian Williams et al.,<br><br>    Defendants | Case No.: 2:16-cv-00011-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Denying Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunction [ECF Nos. 22, 23, 32]** |

Pro se Nevada state prisoner Lemar Gant brings this civil-rights action under 42 U.S.C. § 1983 against Brian Williams et al. for events that allegedly occurred while he was incarcerated at Nevada's Southern Desert Correctional Center and Ely State Prison.[1] Gant filed motions for: (1) a temporary restraining order;[2] and (2) preliminary injunction.[3] Magistrate Judge Cam Ferenbach recommends that Gant's motions for a temporary restraining order and preliminary injunction be denied.[4] The Report and Recommendation was entered March 24, 2017. Objections were due April 7, 2017. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Gant has filed no objections to the Report and Recommendation.

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's Report and Recommendation

---

[1] ECF No. 1-1 at 2–3.

[2] ECF No. 22.

[3] ECF No. 23.

[4] ECF No. 32.

1

1 **[ECF No. 32]** is **ACCEPTED and ADOPTED**.  It is further ORDERED that Gant's motions for a
2 temporary restraining order and preliminary injunction **[ECF Nos. 22, 23]** are **DENIED**.
3       DATED April 21, 2017.

                                              _____
                                              Jennifer A. Dorsey
                                              United States District Judge