# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LEMAR GANT, | |
| Plaintiff, | 2:16-cv-00011-JAD-VCF |
| vs. | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | |

Before the court is Motion to Produce Court Order Ordering Marshal to Serve Complaint and Summons (ECF No. 43). Defendants filed a response on June 14, 2017 and Gant filed his reply in support of his motion. (ECF Nos. 45 and 46).

On October 5, 2016, the Court issued an order scheduling the matter for an inmate early mediation conference. (ECF No. 8). The conference was held on December 2, 2016, and the parties did not settle. (ECF No. 9). The Court issued an order on December 12, 2016, granting the motion to proceed in forma pauperis (ECF No. 1), and ordering service on the defendants. (ECF No. 13). On December 29, 2016, the Attorney General filed a notice of acceptance of service on behalf of defendants "Sean Bloomfield, Tasheena Sandoval, Harold Byrne, Paul Hunt, Douglas Thrasher, Brian Williams, and Michael Pichardo" and did not accept service on behalf of Defendants Johnson, Eric Brcic (incorrectly named as "Brck" in the Complaint) and Chipo. The last known address of Eric Brcic was filed under sealed. (ECF Nos. 12 and 13). On April 11, 2017, the Court held a hearing and granted Plaintiff's Motion to Properly Identify Defendants Not Served. (ECF No. 17). The Court issued Summons to Brcic and Johnson with addresses provided under seal by the Attorney General. These Summons and Amended Complaint were sent the U.S. Marshal for service. (ECF No. 37). The clerk also sent a blank USM 285 form to the plaintiff. Mr.

Gant had 20 days to send the completed USM 285 form to the U.S. Marshal. When plaintiff receives back from the U.S. Marshal the USM 285 form, he had 20 days to file with the clerk a notice regarding service on the defendants. *Id.* To date, Plaintiff has not filed with the clerk's office a notice regarding service on the defendants and nor has the returned service on the Summons been filed with the Court.

Plaintiff now files his motion asking the Court to order the U.S. Marshal to serve the Complaint and Summons on Defendants Brcic and Johnson. (ECF No. 43).

In the Attorney General's response to the instant motion, "Defendants have already provided this Court with the last known addresses under seal for Defendants Brcic and Johnson." (ECF No. 45). Defendants do not have alternative addresses for Defendants Brcic and Johnson.

On April 18, 2017, the Court has already ordered the U.S. Marshal to serve the Summons and Amended Complaint to Defendants Brcic and Johnson at their last known addresses provided under sealed by the Attorney General's office. (ECF No. 37). No new addresses have been provided to the Court.

Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). The amended complaint was filed on July 20, 2016. (ECF No. 5). The time to serve a defendant with the amended complaint has passed and Plaintiff has not provided good cause to extend the time to serve Defendants Brcic and Johnson.

Accordingly,

IT IS HEREBY ORDERED that Motion to Produce Court Order Ordering Marshal to Serve Complaint and Summons (ECF No. 43) is DENIED.

DATED this 4th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE