# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LEMAR GANT,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>        Defendants. | 2:16-cv-00011-JAD-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 58). This order does not address the request for an extension to file a response to the motion for summary judgment (ECF No. 57). Plaintiff seeks an additional 90 days to conduct discovery since he has not received defendants' production of documents. (ECF No. 58). This is Plaintiff's second request. Currently, discovery cut-off is November 2, 2017. (ECF No. 56).

Under LR 7-2(d), [t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed. It would seem as though Defendants have consented to the granting of the instant motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 58) is GRANTED and the following discovery deadlines apply:

1. Discovery cut-off: January 19, 2018

2. Last day to file dispositive motions: February 20, 2018

3. Date for filing Pretrial Order: March 22, 2018.

DATED this 20th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE