# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Lemar Gant,

    Plaintiff

v.

Brian Williams, et al.,

    Defendants

Case No.: 2:16-cv-00011-JAD-VCF

**Order**

Lemar Gant sues various prison officials for violations of his civil rights. Defendants Bloomfield, Sandoval, Byrne, Hunt, Thrasher, Williams, and Pichardo have moved for summary judgment on the claims against them.[1] Gant filed an opposition to the summary judgment motion, stating that he attached "exhibits (A) thru (W)" to his opposition, and that those exhibits demonstrate the existence of disputed material facts.[2] But no exhibits were filed.[3]

It does appear, however, that the defendants received the exhibits that were meant to be attached to Gant's opposition.[4] In the interest of expediency, **I ORDER the defendants to file exact copies of the exhibits attached to Gant's opposition on or before Wednesday, May 2, 2018.** The exhibits must be filed as a Notice in Response to Court Order.

Dated: April 27, 2018

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 54.

[2] ECF No. 60.

[3] *See id.*

[4] *See* ECF No. 61 at 3 ("[T]he majority of the twenty-three exhibits attached to Gant's [o]pposition relate to new allegations and not the claims in Gant's underling [c]omplaint, therefore failing to create any issue of material fact.").

1